**Order entered December 8, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-17-01363-CV

### 4415 W LOVERS LANE, LLC, Appellant

### V.

### SAM STANTON AND HEATHER STANTON, Appellees

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-17-05704-A**

## ORDER

Before the Court is court reporter Cathye Moreno's December 7, 2017 request for an extension of time to file the record. We **GRANT** the request and **ORDER** the motion be filed no later than December 11, 2017.

/s/     CRAIG STODDART
JUSTICE